# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Virginia Wasserberg, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:25-cv-00578-M |
| North Carolina State Board of Elections, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                    .

Date: 10/11/2024

/s/ Mary Carla Babb
*Attorney's signature*

Mary Carla Babb    N.C. State Bar No. 25731
*Printed name and bar number*
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

*Address*

mcbabb@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

(919) 716-6763
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024 , I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

BAKER DONELSON BEARMAN,
CALDWELL & BERKOWITZ, PC
John E. Branch III
Thomas G. Hooper
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Ph: (984) 844-7900
jbranch@bakerdonelson.com
thooper@bakerdonelson.com

*Counsel for Plaintiffs*

Respectfully Submitted,

                                                NORTH CAROLINA
                                                DEPARTMENT OF JUSTICE

                                                /s/ Mary Carla Babb
                                                Mary Carla Babb
                                                Special Deputy Attorney General
                                                N.C. State Bar No. 25731
                                                Email: mcbabb@ncdoj.gov
                                                North Carolina Dept. of Justice
                                                Post Office Box 629
                                                Raleigh, N.C. 27602
                                                Tele No.: (919) 716-6573
                                                Fax No.: (919) 716-6763
                                                *Counsel for State Board*
                                                *Defendants*