# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Virginia Wasserberg, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 5:25-cv-00578-M |
| North Carolina State Board of Elections, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 10/11/2024

/s/ Laura H. McHenry
*Attorney's signature*

Laura H. McHenry    N.C. State Bar No. 45005
*Printed name and bar number*
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602

*Address*

lmchenry@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

(919) 716-6763
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024 , I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>BAKER DONELSON BEARMAN,
>CALDWELL & BERKOWITZ, PC
>John E. Branch III
>Thomas G. Hooper
>2235 Gateway Access Point, Suite 220
>Raleigh, NC 27607
>Ph: (984) 844-7900
>jbranch@bakerdonelson.com
>thooper@bakerdonelson.com
>
>*Counsel for Plaintiffs*

Respectfully Submitted,

>NORTH CAROLINA
>DEPARTMENT OF JUSTICE
>
>/s/ Laura H. McHenry
>Laura H. McHenry
>Special Deputy Attorney General
>N.C. State Bar No. 45005
>Email: lmchenry@ncdoj.gov
>North Carolina Dept. of Justice
>Post Office Box 629
>Raleigh, N.C. 27602
>Tele No.: (919) 716-6573
>Fax No.: (919) 716-6763
>*Counsel for State Board Defendants*