IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00578-M

VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE,

    Plaintiffs,

  v.

NORTH CAROLINA STATE BOARD OF ELECTIONS, ALAN HIRSCH, in his Official Capacity as the Chair of and a Member of the North Carolina State Board of Elections, JEFF CARMON, in his Official Capacity as the Secretary of and a Member of the North Carolina State Board of Elections, KEVIN N. LEWIS, in his Official Capacity as a Member of the North Carolina State Board of Elections, SIOBHAN O'DUFFY MILLEN, in her Official Capacity as a Member of the North Carolina State Board of Elections, STACY "FOUR" EGGERS IV, in his Official Capacity as a Member of the North Carolina State Board of Elections, and KAREN BRINSON BELL, in her Official Capacity as Executive Director of the North Carolina State Board of Elections,

    Defendants.

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, Republican National Committee (the "RNC"), which is a Plaintiff in this action, makes the following disclosures:

1. Is the RNC a publicly held corporation or other publicly held entity?

   ___ YES     _X_ NO

2. Does the RNC have any parent corporations?

   ___ YES     _X_ NO

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:     Not applicable.

3. Is 10% of more of the stock of the RNC owned by a publicly held corporation or other publicly held entity?

   ___ YES     _X_ NO

   If yes, identify all such owners:     Not applicable.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3)?

   ___ YES     _X_ NO

5. Is the RNC a trade association?

   ___ YES     _X_ NO

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:     Not applicable.

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:     Not applicable.

7.  In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the RNC:

        Not applicable.

This, the 14th day of October 2024.

        /s/ Thomas G. Hooper
        Thomas G. Hooper
        Baker, Donelson, Bearman,
        Caldwell & Berkowitz, P.C.
        101 South Tryon Street, Suite 3600
        Charlotte, NC  28280
        Phone:  (980) 256-6300
        thooper@bakerdonelson.com
        N.C. State Bar No. 25571

        *Attorney for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the following: Laura H. McHenry, Esq. (lmchenry@ncdoj.gov); and Mary Carla Babb, Esq. (mcbabb@ncdoj.gov). Additionally, a courtesy copy of the foregoing document has been e-mailed to Narendra K. Ghosh, Esq. (nghosh@pathlaw.com).

This, the 14th day of October 2024.

/s/ Thomas G. Hooper
Thomas G. Hooper
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
101 South Tryon Street, Suite 3600
Charlotte, NC  28280
Phone:  (980) 256-6300
thooper@bakerdonelson.com
N.C. State Bar No. 25571

*Attorney for Plaintiffs*