IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, ALAN HIRSCH, in his Official Capacity as the Chair of and a Member of the North Carolina State Board of Elections, JEFF CARMON, in his Official Capacity as the Secretary of and a Member of the North Carolina State Board of Elections, KEVIN N. LEWIS, in his Official Capacity as a Member of the North Carolina State Board of Elections, SIOBHAN O'DUFFY MILLEN, in her Official Capacity as a Member of the North Carolina State Board of Elections, STACY "FOUR" EGGERS IV, in his Official Capacity as a Member of the North Carolina State Board of Elections, and KAREN BRINSON BELL, in her Official Capacity as Executive Director of the North Carolina State Board of Elections, <br><br> Defendant, <br><br> NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, <br><br> Intervenor Defendant. | Civil Action No. 5:24-cv-00578-M-RN |

**NOTICE OF APPEARANCE**

Narendra K. Ghosh, of Patterson Harkavy LLP, hereby provides notice to the Court and all parties and their counsel that he will appear as counsel for all purposes herein on behalf of Intervenor Defendant North Carolina Alliance for Retired Americans. Please direct copies of all

1

future correspondence, notices, and other contacts regarding this case to Mr. Ghosh through the CMF/ECF electronic filing and service system or first-class mail.

This the 16th day of October, 2024.

/s/ Narendra K. Ghosh
Narendra K. Ghosh, NC Bar No. 37649
nghosh@pathlaw.com
Patterson Harkavy LLP
100 Europa Dr., Suite 420
Chapel Hill, NC 27517
Tel: 919.942.5200

*Counsel for Intervenor-Defendant*