# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Virginia Wasserberg, et al. <br> *Plaintiff* <br> v. <br> North Carolina State Board of Elections, et al. <br> *Defendant* | Case No. 5:24-cv-00578-M |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 10/17/2024

/s/ Terence Steed
*Attorney's signature*

Terence Steed    N.C. State Bar No. 52809
*Printed name and bar number*
N.C. Department of Justice
P.O. Box 629
Raleigh, NC  27602

*Address*

tsteed@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

(919) 716-6763
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

BAKER DONELSON BEARMAN,
CALDWELL & BERKOWITZ, PC
John E. Branch III
Thomas G. Hooper
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Ph: (984) 844-7900
jbranch@bakerdonelson.com
thooper@bakerdonelson.com

*Counsel for Plaintiffs*

Respectfully Submitted,

NORTH CAROLINA
DEPARTMENT OF JUSTICE

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov
North Carolina Dept. of Justice
Post Office Box 629
Raleigh, N.C. 27602
Tele No.: (919) 716-6900
Fax No.: (919) 716-6763
*Counsel for State Board Defendants*