IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00578-M

VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE,

    Plaintiffs,

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS, ET. AL.,

    Defendants.

**NOTICE OF APPEARANCE**

Pursuant to Local Civil Rule 5.2(a), the undersigned attorney hereby enters his appearance on behalf of Plaintiffs in this action.

This, the 21st day of October 2024.

    /s/ John E. Branch III
    John E. Branch III
    Baker, Donelson, Bearman,
    Caldwell & Berkowitz, P.C.
    2235 Gateway Access Point, Suite 220
    Raleigh, NC 27607
    Phone: (984) 844-7907
    jbranch@bakerdonelson.com
    N.C. State Bar No. 32598
    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the following: Laura H. McHenry, Esq. (lmchenry@ncdoj.gov); and Mary Carla Babb, Esq. (mcbabb@ncdoj.gov). Additionally, a courtesy copy of the foregoing document has been e-mailed to Narendra K. Ghosh, Esq. (nghosh@pathlaw.com).

This, the 21st day of October, 2024.

/s/ John E. Branch III
John E. Branch III
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Phone: (984) 844-7907
jbranch@bakerdonelson.com
N.C. State Bar No. 32598
*Attorney for Plaintiffs*