IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00578-M

| | |
|---|---|
| VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, AND REPUBLICAN NATIONAL COMMITTEE,<br><br>        Plaintiffs,<br><br>  v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; ALAN HIRSCH, IN HIS OFFICIAL CAPACITY AS THE CHAIR OF AND A MEMBER OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS; JEFF CARMON, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF AND A MEMBER OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS; KEVIN N. LEWIS, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS; SIOBHAN O'DUFFY MILLEN, IN HER OFFICIAL CAPACITY AS A MEMBER OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS, STACY "FOUR" EGGERS IV, IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS, AND KAREN BRINSON BELL, IN HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>        Defendants,<br><br>  and<br><br>NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS,<br><br>        Intervenor-Defendant. | **NOTICE OF<br>SPECIAL APPEARANCE** |

Please take notice that the undersigned Justin Baxenberg hereby enters a notice of special appearance as attorney for Intervenor-Defendant North Carolina Alliance for Retired Americans in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Narendra K. Ghosh.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: October 21, 2024

/s/ Justin Baxenberg
Justin Baxenberg
ELIAS LAW GROUP LLP
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
(202) 968-4490
jbaxenberg@elias.law
DC Bar No. 1034258
*Attorney for Intervenor-Defendant*

/s/ Narendra K. Ghosh
Narendra K. Ghosh
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
(919) 942-5200
Fax: (866) 397-8671
nghosh@pathlaw.com
NC Bar No. 37649
*Local Civil Rule 83.1(d) Attorney for Intervenor-Defendant*