IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00578-M

|  |  |
|---|---|
| WASSERBERG et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,<br><br>Defendants. | ORDER TO SHOW CAUSE |

This matter comes before the court sua sponte. The parties are ordered to show cause, on or before October 30, 2024, why the court should not remand this matter to state court for want of subject matter jurisdiction. 28 U.S.C. § 1447(c). Specifically, the parties should address whether the Complaint (DE 1-3) alleges a concrete and particularized injury sufficient to confer Article III standing in federal court. *E.g.*, *Summers v. Earth Island Inst.*, 555 U.S. 488, 496 (2009) ("deprivation of a procedural right without some concrete interest that is affected by the deprivation—a procedural right *in vacuo*—is insufficient to create Article III standing"); *Spokeo, Inc. v. Robins*, 578 U.S. 330, 341 (2016) ("Article III standing requires a concrete injury even in the context of a statutory violation.").

SO ORDERED this 28th day of October, 2024.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1