UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-578

| | |
|---|---|
| VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE, <br><br> Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., <br><br> Defendants, <br><br> and <br><br> NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, <br><br> Intervenor Defendant. | **STATE BOARD DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

NOW COME State Board Defendants, by and through undersigned counsel, providing this notice of supplemental authority. Defendants provide the case *Republican Nat'l Cmte. v. N.C. State Bd. of Elections*, No. 24-2044, 2024 U.S. App. LEXIS 27415 (4th Cir. Oct. 29, 2024).

Respectfully submitted this 31st day of October, 2024.

/s/ Laura H. McHenry
Laura H. McHenry
Special Deputy Attorney General
Bar No. 45005
lmchenry@ncdoj.gov

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General
Bar. No. 25731
mcbabb@ncdoj.gov


North Carolina Dept. of Justice
Post Office Box 629
Raleigh, N.C. 27602
Tele No.: (919) 716-6900
Fax No.: (919) 716-6763

*Counsel for State Board Defendants*