IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00578-M

VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE,

    Plaintiffs,

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,

    Defendants,

and

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS,

    Intervenor-Defendant.

**PROPOSED** ORDER

THIS MATTER is before the Court on the parties' Joint Motion for Extension to Time to Conduct Rule 26(f) Meeting (D.E. 44.) Having reviewed the record in this action, the Court finds and concludes that there is good cause to grant the motion.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Extension to Time to Conduct Rule 26(f) Meeting [D.E. 44] shall be and hereby is GRANTED. If the Court denies Defendants' Motion to Dismiss [D.E. 21] in whole or in part, then the parties shall conduct their Rule 26(f) meeting no later than 21 days after the Court so rules. If the Court grants Defendants' Motion to Dismiss in its entirety, then the parties shall not be required to conduct a Rule 26(f) meeting.