UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00578-M

| | |
|---|---|
| VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE,<br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,<br><br>Defendants,<br><br>and<br><br>NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS,<br><br>Intervenor-Defendant. | **PROPOSED ORDER** |

**THIS MATTER** is before the Court on Defendants North Carolina State Board of Elections, et al., and Intervenor-Defendant North Carolina Alliance for Retired Americans' Consent Motion for Extension of Time to Reply to Plaintiffs' Response to Defendants' Motion to Dismiss. [DE 45]. Having reviewed the record in this action, the Court finds and concludes that there is good cause to grant the motion.

IT IS THEREFORE ORDERED that Defendants and Intervenor-Defendant's Consent Motion for Extension of Time [DE 45] is GRANTED and that Defendants and Intervenor-Defendant shall have up to and including December 11, 2024, in which to file and serve a reply to Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Complaint. [DE 21].

This the _____ day of _____, 2024.

_____
The Honorable Richard E. Myers II
Chief United States District Judge