IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00578-M

**Virginia Wasserberg,** et al.,

    Plaintiffs,

v.

**North Carolina State Board of Elections,** et al.,

    Defendants.

**Order**

This matter is before the court on the parties' Joint Motion for Extension to Time to Conduct Rule 26(f) Meeting (D.E. 44.) Having reviewed the record in this action, the court finds and concludes that there is good cause to grant the motion.

The court grants the parties' Joint Motion for Extension to Time to Conduct Rule 26(f) Meeting (D.E. 44) pending the resolution of the Defendants' Motion to Dismiss (D.E. 21). If the court denies the Defendants' Motion to Dismiss, in whole or in part, the parties shall conduct their Rule 26(f) meeting and submit their Rule 26(f) report within 21 days from the entry of the order on the Motion to Dismiss.

Dated: December 3, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge