IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cv-00578-M-RN

| | |
|---|---|
| VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE,<br><br>      Plaintiffs,<br><br>  v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS; ALAN HIRSCH, in his Official Capacity as the Chair of and a Member of the North Carolina State Board of Elections; JEFF CARMON, in his Official Capacity as the Secretary of and a member of the North Carolina State Board of Elections; KEVIN N. LEWIS, in his Official Capacity as a Member of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in her Official Capacity as a Member of the North Carolina State Board of Elections, STACY "FOUR" EGGERS IV, in his Official Capacity as a Member of the North Carolina State Board of Elections, and KAREN BRINSON BELL, in her Official Capacity as Executive Director of the North Carolina State Board of Elections,<br><br>      Defendants,<br><br>and<br><br>NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS,<br><br>      Intervenor-Defendant. | **MOTION TO WITHDRAW COUNSEL** |

As of December 6, 2024, Justin Baxenberg has left his employment with Elias Law Group LLP and therefore moves to withdraw as counsel for Intervenor-Defendant North Carolina Alliance for Retired Americans in the above-captioned matter. The remaining undersigned counsel shall continue representing Intervenor-Defendant. Pursuant to Local Rule 5.2(e), Intervenor-Defendant's last known mailing address is P.O. Box 10805, Raleigh, NC 27605; the current procedural posture is that there is a pending motion to dismiss; and Intervenor-Defendant consents to the motion to withdraw.

Dated: December 10, 2024                          Respectfully submitted,

                                                  /s/ *Justin Baxenberg*

Narendra K. Ghosh, N.C. Bar No. 37649             Uzoma Nkwonta, D.C. Bar No. 975323
**PATTERSON HARKAVY LLP**                         Justin Baxenberg, D.C. Bar No. 1034258
100 Europa Drive, Suite 420                       Richard A. Medina, D.C. Bar No. 90003752
Chapel Hill, NC 27217                             Julie Zuckerbrod, D.C. Bar No 1781133
Telephone: (919) 942-5200                         **ELIAS LAW GROUP LLP**
nghosh@pathlaw.com                                250 Massachusetts Ave, Suite 400
                                                  Washington, D.C. 20001
*Local Civil Rule 83.1(d) Attorney for*           Telephone: (202) 968-4490
*Intervenor-Defendant*                            Facsimile: (202) 968-4498
                                                  unkwonta@elias.law
                                                  jbaxenberg@elias.law
                                                  rmedina@elias.law
                                                  jzuckerbrod@elias.law

                                                  *Attorneys for Intervenor-Defendant*