IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cv-00578-M-RN

VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE,

        Plaintiffs,

  v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; ALAN HIRSCH, in his Official Capacity as the Chair of and a Member of the North Carolina State Board of Elections; JEFF CARMON, in his Official Capacity as the Secretary of and a member of the North Carolina State Board of Elections; KEVIN N. LEWIS, in his Official Capacity as a Member of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in her Official Capacity as a Member of the North Carolina State Board of Elections, STACY "FOUR" EGGERS IV, in his Official Capacity as a Member of the North Carolina State Board of Elections, and KAREN BRINSON BELL, in her Official Capacity as Executive Director of the North Carolina State Board of Elections,

        Defendants,

and

NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS,

        Intervenor-Defendant.

## **ORDER**

For good cause shown, the Motion to Withdraw the appearance of Justin Baxenberg as Counsel for Intervenor-Defendant is GRANTED.

Dated: December 11, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge