IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DISTRICT
No. 5:24-cv-00578-M

| | |
|---|---|
| VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | )<br>) |
| Defendants. | ) |
| and | ) |
| NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, | )<br>) |
| Intervenor-Defendant. | ) |

**NOTICE OF WITHDRAWAL OF GOVERNMENTAL COUNSEL**

**Local Civil Rule 5.2(d)**

NOW COMES State Board Defendants and provides notice pursuant to Local Civil Rule 5.2(d) that Special Deputy Attorney General Mary Carla Babb is leaving the North Carolina Department of Justice and will no longer be associated with this case and gives notice of her withdrawal as counsel in this matter.

This withdrawal will not result in any prejudice, as the undersigned, Special Deputy Attorneys General Terence Steed and Laura McHenry will continue to represent State Board Defendants and verify that they are aware of, and will comply with, all pending deadlines in the case including proceedings with any scheduled trial or hearings.

This the 25th day of February, 2025.

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov

/s/ Laura H. McHenry  
Laura H. McHenry  
Special Deputy Attorney General  
N.C. State Bar No.: 45005  
E-mail: lmchenry@ncdoj.gov

North Carolina Department of Justice  
Post Office Box 629  
Raleigh, North Carolina 27602  
Phone: 919-716-6567

*Counsel for State Board Defendant*