IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00578-M

WASSERBERG et al.,

    Plaintiffs,

v.

NORTH CAROLINA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

ORDER

This matter comes before the court sua sponte. In light of recent developments, a status conference with the parties is warranted to ensure appropriate treatment of Defendants' pending motion to dismiss and resolution of this action. Accordingly, this matter is set for a status conference at 10:00 a.m. on Monday, **June 23, 2025**, in Courtroom 1, 2 Princess Street, Wilmington, North Carolina, 28401.

SO ORDERED this 19th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE