UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-578

| | |
|---|---|
| VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | ) **JOINT STATUS UPDATE** |
| Defendants, | ) |
| and | ) |
| NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, | ) |
| Intervenor-Defendant. | ) |

During the status conference on June 23, 2025, this Court asked the parties to provide an update on the status of the above-captioned case by the end of the following week (i.e., the first week of July). The parties have continued to discuss the possible resolution of this case since the status conference. Because those discussions have not concluded and because the North Carolina State Board of Elections will need to consider Plaintiffs' proposal during a formal meeting of the board, the parties respectfully request an additional 30 days to attempt to resolve this matter and further request that they be allowed to provide another status report at the end of that 30-day period.

[Signature Page Follows]

Respectfully submitted, this the 3rd day of July, 2025.

| | |
|---|---|
| /s/Thomas G. Hopper<br>Thomas G. Hooper<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, P.C.<br>101 South Tryon Street, Suite 3600<br>Charlotte, North Carolina 28280<br>Telephone: (980) 256-6300<br>thooper@bakerdonelson.com<br>N.C. Bar No. 25571 | JEFF JACKSON<br>Attorney General<br><br><br>/s/ Mary L. Lucasse<br>Mary L. Lucasse<br>Special Deputy Attorney General<br>N.C. Bar No. 39153<br>mlucasse@ncdoj.gov |
| John E. Branch, III<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, P.C.<br>2235 Gateway Access Point, Suite 220<br>Raleigh, North Carolina 27607<br>jbranch@bakerdonelson.com<br>N.C. Bar No. 32598 | /s/ Laura H. McHenry<br>Laura H. McHenry<br>Special Deputy Attorney General<br>N.C. Bar No. 45005<br>lmchenry@ncdoj.gov |
| *Counsel for Plaintiffs* | /s/ Terence Steed<br>Terence Steed<br>Special Deputy Attorney General<br>N.C. Bar No. 52809<br>Email: tsteed@ncdoj.gov |
| */s/ Uzoma Nkwonta*<br>Uzoma N. Nkwonta<br>ELIAS LAW GROUP LLP<br>250 Massachusetts Ave, Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>Facsimile: (202) 968-4498<br>unkwonta@elias.law<br>D.C. Bar No. 975323 | /s/ Ryan C. Grover<br>Ryan C. Grover<br>Special Deputy Attorney General<br>N.C. Bar No. 53703<br>rgrover@ncdoj.gov<br><br>North Carolina Dept. of Justice<br>Post Office Box 629<br>Raleigh, North Carolina 27602<br>Telephone: (919) 716-6900<br>Fax No.: (919) 716-6763 |
| *Attorneys for Intervenor-Defendant* | *Counsel for State Board Defendants* |
| */s/ Narendra K. Ghosh*<br>Narendra K. Ghosh,<br>PATTERSON HARKAVY LLP<br>100 Europa Drive, Suite 420<br>Chapel Hill, North Carolina 27217<br>Telephone: (919) 942-5200<br>nghosh@pathlaw.com<br>N.C. Bar No. 37649 | |
| *Local Civil Rule 83.1(d) Attorney for Intervenor-Defendant* | |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to all counsel who have filed notices of appearance in this case.

This, the 3rd day of July, 2025.

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General