IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00578-M

WASSERBERG et al.,

    Plaintiffs,

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,

    Defendants.

ORDER

This matter comes before the court on the parties' Joint Status Report [DE 57]. Based on the representations in that Report, the court will defer consideration of the State Board's pending motion to dismiss and requests that the parties provide another status report to the court within 30 days of this order.

SO ORDERED this 7th day of July, 2025.

                     Richard E. Myers II
                     RICHARD E. MYERS II
                     CHIEF UNITED STATES DISTRICT JUDGE

1