UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-578

| | | |
|---|---|---|
| VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **SECOND JOINT STATUS REPORT** |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, | ) ) ) | |
| Intervenor Defendant. | ) ) | |

Pursuant to the Court's July 7, 2025 Order [DE 58], the parties provide the following status report. Since the Order's entry, the parties have continued to discuss the possible resolution of this case, exchanging various proposals. The discussions have not, however, concluded, and the North Carolina State Board of Elections will need to consider a proposal for the resolution of this case during a formal meeting of the board. Accordingly, the parties respectfully request an additional 30 days to attempt to resolve this matter and further request that they be allowed to provide another status report at the end of that 30-day period.

Respectfully submitted, this, the 6th day of August 2025.

<div style="display: flex;">
<div style="width: 50%;">

/s/Thomas G. Hooper
Thomas G. Hooper
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
101 South Tryon Street, Suite 3600
Charlotte, NC 28280
PH: (980) 256-6300
thooper@bakerdonelson.com
N.C. State Bar No. 25571

John E. Branch, III
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
jbranch@bakerdonelson.com
N.C. State Bar No. 32598

*Counsel for Plaintiffs*

/s/ Uzoma Nkwonta
Uzoma N. Nkwonta
ELIAS LAW GROUP LLP
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
unkwonta@elias.law
D.C. Bar No. 975323
*Attorneys for Intervenor-Defendant*

/s/ Narendra K. Ghosh
Narendra K. Ghosh,
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com
N.C. Bar No. 37649

*Local Civil Rule 83.1(d) Attorney for Intervenor-Defendant*

</div>
<div style="width: 50%;">

JEFF JACKSON
Attorney General

/s/ Laura H. McHenry
Laura H. McHenry
Special Deputy Attorney General
Bar No. 45005
lmchenry@ncdoj.gov

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Email: tsteed@ncdoj.gov

/s/ Mary L. Lucasse
Mary L. Lucasse
Special Deputy Attorney General
Bar No. 39153
mlucasse@ncdoj.gov

/s/ Ryan C. Grover
Ryan C. Grover
Special Deputy Attorney General
Bar No. 53703
rgrover@ncdoj.gov

North Carolina Dept. of Justice
Post Office Box 629
Raleigh, N.C. 27602
Tele No.: (919) 716-6900
Fax No.: (919) 716-6763

*Counsel for State Board Defendants*

</div>
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to all counsel who have filed notices of appearance in this case.

This, the 6th day of August 2025.

/s/Thomas G. Hooper
Thomas G. Hooper
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
101 South Tryon Street, Suite 3600
Charlotte, NC 28280
PH: (980) 256-6300
thooper@bakerdonelson.com
N.C. State Bar No. 25571

*Counsel for Plaintiffs*