IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00578-M

WASSERBERG et al.,

Plaintiffs,

v.

NORTH CAROLINA STATE BOARD OF
ELECTIONS, et al.,

Defendants.

ORDER

This matter comes before the court on the parties' Second Joint Status Report [DE 59]. Based on the representations in that Report, the court will defer consideration of the State Board's pending motion to dismiss and requests that the parties provide another status report to the court within 30 days of this order.

SO ORDERED this _7th_ day of August, 2025.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1