UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-578

| | |
|---|---|
| VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,<br><br>Defendants,<br><br>and<br><br>NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS,<br><br>Intervenor Defendant. | **THIRD JOINT STATUS REPORT** |

Pursuant to the Court's August 7, 2025 Order [DE 60], the parties provide the following status report. Since the Order's entry, Plaintiffs and Defendants have reached an agreement regarding the manner in which they wish to resolve this case. Specifically, Plaintiffs and Defendants wish to submit for the Court's consideration a proposed consent judgment. Intervenor-Defendant North Carolina Alliance for Retired Americans has, however, indicated that it is unwilling to agree to a consent judgment. Nevertheless, Plaintiffs will submit a motion for entry of the proposed consent judgment to the Court within 14 days for the Court's consideration.

Respectfully submitted, this, the 8th day of September 2025.

| | |
|---|---|
| /s/Thomas G. Hooper<br>Thomas G. Hooper<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, P.C.<br>101 South Tryon Street, Suite 3600<br>Charlotte, NC 28280<br>PH: (980) 256-6300<br>thooper@bakerdonelson.com<br>N.C. State Bar No. 25571<br><br>John E. Branch, III<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, P.C.<br>2235 Gateway Access Point, Suite 220<br>Raleigh, NC 27607<br>jbranch@bakerdonelson.com<br>N.C. State Bar No. 32598<br><br>*Counsel for Plaintiffs*<br><br>/s/ Uzoma Nkwonta<br>Uzoma N. Nkwonta<br>ELIAS LAW GROUP LLP<br>250 Massachusetts Ave, Suite 400<br>Washington, D.C. 20001<br>Telephone: (202) 968-4490<br>Facsimile: (202) 968-4498<br>unkwonta@elias.law<br>D.C. Bar No. 975323<br>*Attorneys for Intervenor-Defendant*<br><br>*/s/ Narendra K. Ghosh*<br>Narendra K. Ghosh,<br>PATTERSON HARKAVY LLP<br>100 Europa Drive, Suite 420<br>Chapel Hill, NC 27217<br>Telephone: (919) 942-5200<br>nghosh@pathlaw.com<br>N.C. Bar No. 37649<br><br>*Local Civil Rule 83.1(d) Attorney for Intervenor-Defendant* | JEFF JACKSON<br>Attorney General<br><br>/s/ Laura H. McHenry<br>Laura H. McHenry<br>Special Deputy Attorney General<br>Bar No. 45005<br>lmchenry@ncdoj.gov<br><br>/s/ Terence Steed<br>Terence Steed<br>Special Deputy Attorney General<br>N.C. State Bar No. 52809<br>Email: tsteed@ncdoj.gov<br><br>/s/ Mary L. Lucasse<br>Mary L. Lucasse<br>Special Deputy Attorney General<br>Bar No. 39153<br>mlucasse@ncdoj.gov<br><br>/s/ Ryan C. Grover<br>Ryan C. Grover<br>Special Deputy Attorney General<br>Bar No. 53703<br>rgrover@ncdoj.gov<br><br>North Carolina Dept. of Justice<br>Post Office Box 629<br>Raleigh, N.C. 27602<br>Tele No.: (919) 716-6900<br>Fax No.: (919) 716-6763<br><br>*Counsel for State Board Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to all counsel who have filed notices of appearance in this case.

This, the 8th day of September 2025.

/s/Thomas G. Hooper
Thomas G. Hooper
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
101 South Tryon Street, Suite 3600
Charlotte, NC 28280
PH: (980) 256-6300
thooper@bakerdonelson.com
N.C. State Bar No. 25571

*Counsel for Plaintiffs*