UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-578

| | | |
|---|---|---|
| VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **PLAINTIFFS' STATUS REPORT** |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, | ) ) ) | |
| Intervenor Defendant. | ) ) | |

 

Plaintiffs submit the following status report. As the parties reported to the Court in their last joint status report (D.E. 61), Plaintiffs and Defendants have agreed to propose a consent judgment to the Court to resolve this litigation. Intervenor-Defendant has not agreed to the proposed consent judgment. Plaintiffs continue to work on preparing filings related to the submission of the proposed consent judgment and hope to submit those filings by next Monday, September 29, 2025. Plaintiffs appreciate the Court's consideration and patience in this matter.

Respectfully submitted, this the 22nd day of September 2025.

/s/Thomas G. Hooper
Thomas G. Hooper
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
101 South Tryon Street, Suite 3600
Charlotte, NC 28280
(980) 256-6300
thooper@bakerdonelson.com
N.C. State Bar No. 25571

John E. Branch, III
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
(984) 844-7907
jbranch@bakerdonelson.com
N.C. State Bar No. 32598

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to all counsel who have filed notices of appearance in this case.

This, the 22nd day of September 2025.

/s/Thomas G. Hooper
Thomas G. Hooper
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
101 South Tryon Street, Suite 3600
Charlotte, NC 28280
(980) 256-6300
thooper@bakerdonelson.com
N.C. State Bar No. 25571

*Counsel for Plaintiffs*