IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00578-M

| | |
|---|---|
| VIRGINIA WASSERBERG, NORTH CAROLINA REPUBLICAN PARTY, and REPUBLICAN NATIONAL COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,<br><br>Defendants,<br><br>and<br><br>NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS,<br><br>Intervenor-Defendant. | **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** |

Pursuant to Fed. R. Civ. P. 54 and 58, Plaintiffs and Defendants jointly move the Court to enter the attached proposed consent judgment in this matter and to retain jurisdiction to the extent necessary to enforce the consent judgment once it has been entered. In support of this motion, Plaintiffs and Defendants respectfully show the Court that, after extended negotiations undertaken in good faith, they have agreed to a resolution of this matter outlined in the proposed consent judgment. They further show the Court that the proposed consent judgment is fair, adequate, and reasonable and is not illegal, a product of collusion, or against the public interest.

For a further explanation as to why the Court should enter the proposed

consent judgment, Plaintiffs and Defendants respectfully refer the Court to a supporting memorandum of law that is being filed with this motion.

Finally, Plaintiffs and Defendants notify the Court that Intervenor-Defendant North Carolina Alliance for Retired Americans has been consulted about the proposed consent judgment and opposes its entry.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court:

1. Enter the attached proposed consent judgment;

2. Retain jurisdiction to the extent necessary to enforce the proposed consent judgment once it has been entered; and

3. Award such other and further relief as the Court deems just and proper.

**[SIGNATURES ON FOLLOWING PAGE]**

Respectfully submitted this, the 29th day of September 2025.

| | |
|---|---|
| /s/Thomas G. Hooper<br>Thomas G. Hooper<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, P.C.<br>101 South Tryon Street, Suite 3600<br>Charlotte, NC 28280<br>(980) 256-6300<br>thooper@bakerdonelson.com<br>N.C. State Bar No. 25571<br><br>John E. Branch, III<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, P.C.<br>2235 Gateway Access Point, Suite 220<br>Raleigh, NC 27607<br>jbranch@bakerdonelson.com<br>(984) 844-7907<br>N.C. State Bar No. 32598<br><br>*Counsel for Plaintiffs* | JEFF JACKSON<br>Attorney General<br><br>/s/ Laura H. McHenry<br>Laura H. McHenry<br>Special Deputy Attorney General<br>Bar No. 45005<br>lmchenry@ncdoj.gov<br><br>/s/ Terence Steed<br>Terence Steed<br>Special Deputy Attorney General<br>N.C. State Bar No. 52809<br>Email: tsteed@ncdoj.gov<br><br>/s/ Mary L. Lucasse<br>Mary L. Lucasse<br>Special Deputy Attorney General<br>Bar No. 39153<br>mlucasse@ncdoj.gov<br><br>/s/ Ryan C. Grover<br>Ryan C. Grover<br>Special Deputy Attorney General<br>Bar No. 53703<br>rgrover@ncdoj.gov<br><br>North Carolina Dept. of Justice<br>Post Office Box 629<br>Raleigh, N.C. 27602<br>Tele No.: (919) 716-6900<br>Fax No.: (919) 716-6763<br><br>*Counsel for State Board Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to all counsel who have filed notices of appearance in this case.

This, the 29th day of September 2025.

/s/Thomas G. Hooper
Thomas G. Hooper
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
101 South Tryon Street, Suite 3600
Charlotte, NC 28280
(980) 256-6300
thooper@bakerdonelson.com
N.C. State Bar No. 25571

*Counsel for Plaintiffs*